IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
AUG 3 - 1999
Phil Lombardi, Clerk
U.S. DISTRICT COURT

MARCUS R. MILLER,
Petitioner,

vs.

KEN KLINGLER, Warden,
Respondent.

Case No. 97-CV-287-BU

ENTERED ON DOCKET
DATE AUG 3 1999

**JUDGMENT**

This matter came before the Court upon Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus. The Court duly considered the issues and rendered a decision herein.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered for Respondent and against Petitioner.

SO ORDERED THIS 3rd day of August, 1999.

Michael Burrage
MICHAEL BURRAGE
UNITED STATES DISTRICT JUDGE

23