IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

MARCUS R. MILLER, )
)
Petitioner, )
)
vs. ) Case No. 97-CV-287-BU
)
KEN KLINGLER, Warden, )
)
Respondent. )

FILED
AUG 16 1999
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**ORDER**

Before the Court is Petitioner's motion for reconsideration (#24), filed in this matter on August 12, 1999. Petitioner seeks reconsideration of the Order entered by this Court on August 3, 1999, denying his petition for writ of habeas corpus.

Whether to grant or deny a motion for reconsideration is committed to the Court's discretion. Hancock v. Oklahoma City, 857 F.2d 1394, 1395 (10th Cir. 1988). Generally, courts recognize three major grounds for reconsideration: 1) an intervening change in controlling law; 2) availability of new evidence; or 3) the need to correct clear error or prevent manifest injustice. Hamner v. BMY Combat Systems, 874 F.Supp. 322 (D. Kan. 1995).

In this instance, Petitioner believes the Court's August 3, 1999 decision is "contrary to the laws of the state, and the United States Constitution" and that "Petitioner's claim of ineffective assistance of counsel was mis-analyzed by the Court . . . ." Petitioner asks that the Court reconsider in light of English v. Cody, 146 F.3d 1257 (10th Cir. 1998). However, after reviewing the Court's August 3, 1999 Order in light of Petitioner's argument and legal authorities, the Court finds no clear error in either the application of English v. Cody to Petitioner's ineffective assistance of trial counsel

27

claim or the conclusion that appellate counsel did not provide ineffective assistance in failing to raise on direct appeal issues concerned with a jury instruction based on Flores v. State, 896 P.2d 558 (Okla. Crim. App. 1995). In the absence of clear error in the August 3, 1999 Order, the Court finds no basis for reconsideration of the Order. Therefore, Petitioner's motion for reconsideration should be denied.

**ACCORDINGLY, IT IS HEREBY ORDERED that** Petitioner's motion for reconsideration (Docket #24) is **denied.**

SO ORDERED THIS 16th day of August, 1999.

Michael Burrage

MICHAEL BURRAGE
UNITED STATES DISTRICT JUDGE